## STATE OF CONNECTICUT *v.* CARLOS CASTILLO
### (15358)

Foti, Lavery and Hennessy, Js.

Argued January 29—officially released February 25, 1997

Per Curiam. The judgment is affirmed.

## TOWN OF WETHERSFIELD *v.* SIRVART HINTLIAN ET AL.
### (15495)

Foti, Lavery and Hennessy, Js.

Argued January 29—officially released February 25, 1997

Per Curiam. The judgment is affirmed and the case is remanded for the purpose of setting new law days.

## STATE OF CONNECTICUT *v.* JOSEPH GAYMON
### (15340)

Dupont, C. J., and O'Connell and Spear, Js.

Argued February 18—officially released March 11, 1997

Per Curiam. The judgment is affirmed.